IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID LOWERY, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )    CASE NO. 3:07-cv-954-MEF |
| | ) |
| STATE FARM FIRE & CASUALTY | ) |
| COMPANY, *et al.,* | ) |
| | ) |
|    Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiffs' Motion to Remand (Doc.. #7) filed on November 6, 2007, it is hereby

ORDERED that the defendants file its response which shall include a brief and any evidentiary materials on or before November 21, 2007. The plaintiff may file a reply brief on or before November 30, 2007.

DONE this the 7th day of November, 2007.

                                            /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE