IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID LOWERY, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 3:07-cv-954-MEF |
| | ) |
| STATE FARM FIRE & CASUALTY COMPANY, *et al.,* | ) |
| | ) |
|     Defendants. | ) |

## **O R D E R**

Upon consideration of the defendants' Motion for Leave to File Request for Admission (Doc. #10) filed on November 8, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this 13th day of November, 2007.

                                                      /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE