IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID LOWERY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-954-MEF |
| | ) |
| STATE FARM FIRE & CASUALTY | ) |
| COMPANY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Protective Order (Doc. #14) filed on November 15, 2007, it is hereby

ORDERED that the defendants show cause in writing on or before November 19, 2007 as to why the motion should not be granted.

DONE this 16th day of November, 2007.

　　　　　　　　　　　　　　　　　　/s/ Mark E. Fuller
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE