IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DAVID LOWERY, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:07-cv-954-MEF |
| | ) |
| STATE FARM FIRE & CASUALTY | ) |
| COMPANY, *et al.,* | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Protective Order (Doc. #14) filed on November 15, 2007, and defendants' opposition (Doc. # 18) thereto, it is hereby ORDERED as follows:

1. Plaintiff's Motion for Protective Order (Doc. #14) is GRANTED.

2. This Court's November 13, 2007 Order (Doc. # 11) is VACATED.

3. Consistent with *Lowery v. Alabama Power Co.*, 483 F.3d 1184 (11thC ir. 2007) and its progeny, Defendants' Motion for Leave to File One Request for Admission (Doc. # 10) is DENIED.

DONE this 21st day of November, 2007.

                                                                   /s/ Mark E. Fuller
                                          CHIEF UNITED STATES DISTRICT JUDGE